```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOSH COHEN
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant MULLINS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0149 JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| JIMMY MULLINS, | ) | |
| Defendant. | ) | |

Having been arraigned on an indictment charging him with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), defendant Jimmy Mullins is scheduled to make his initial appearance before this Court on March 30, 2006.

Defense counsel is unavailable on March 30, 2006. Counsel so informed the magistrate at the parties' last appearance, but the magistrate directed the parties to address the issue of scheduling, as well as any speedy trial issues, to this Court.

The government has indicated that it will turn over discovery to the defense this week. Defense counsel requests an opportunity to review the discovery prior to the initial appearance before this Court. Additionally, defense counsel is considering an appeal of the magistrate's detention order and wishes to be prepared to address that issue at the initial appearance.

CR 06-0149 JSW; STIP TO CONTINUE
STATUS CONFERENCE                                              1

Accordingly, the parties agree and stipulate that the appearance presently scheduled for Thursday, March 30, 2006 shall be continued to Thursday, April 6, 2006 at 2:30 PM. The parties further agree and stipulate that the period from March 21, 2006 through April 6, 2006 should be excluded under the Speedy Trial Act to facilitate the effective preparation of counsel and to accommodate defense counsel's unavailability on March 30, 2006.

IT IS SO STIPULATED.

Dated: 3/28/06

_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 3/29/06

_____
KEVIN V. RYAN
United States Attorney
SUSAN JERICH
Assistant United States Attorney

**ORDER**

For the reasons stated and for good cause shown, it is hereby ORDERED that the status conference presently scheduled for March 30, 2006 shall be continued to April 6, 2006 at 2:30 PM.

It is further ordered that the period from March 21, 2006 through April 6, 2006 shall be excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested exclusion would deny the defendant the continuity and effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). In addition, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: March 29, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CR 06-0149 JSW; STIP TO CONTINUE
STATUS CONFERENCE                                         2