BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant MULLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0149 JSW |
| ) | |
| Plaintiff, ) | DEFENDANT'S UNOPPOSED MOTION |
| ) | AND [PROPOSED] ORDER RE: |
| v. ) | DEFENDANT'S PRETRIAL DETENTION |
| ) | |
| JIMMY MULLINS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Defendant Jimmy Mullins is presently in the custody of the United States Marshals Service at the Glenn E. Dyer Detention Facility in Oakland, California. By oral ruling on June 29, 2006, this Court denied Mr. Mullins's motion to be released on bond pending sentencing on August 31, 2006.

     By letter dated May 16, 2006, undersigned counsel requested that the Marshals Service transfer Mr. Mullins to the San Francisco County Jail at 850 Bryant Street. *See* Cohen Decl. in Support of Motion re: Pretrial Detention, Ex. A. The basis for this request was Mr. Mullins's desire to visit with his family before he begins serving his sentence. In particular, Mr. Mullins wishes to spend time with his grandmother, who is not able to travel to the East Bay.

CR-06-0149 JSW; DEF.'S MOTION RE:
PRETRIAL DETENTION                  1

1  Additionally, transfer to San Francisco would greatly facilitate visitation with Mr. Mullins's
2  newborn child.
3       As of the motion hearing on June 29, 2006, undersigned counsel had received no
4  response from the Marshals Service to Mr. Mullins's request except for a general assurance from
5  Supervising Deputy Kelly McGowen that the request would be considered.  *See* Cohen Decl. ¶ 3.
6  As instructed by the Court at the June 29 hearing, undersigned counsel left a voicemail message
7  for Deputy McGowen on the morning of June 30, 2006 in which he inquired whether there was
8  any concern on the part of the Marshals Service that would preclude Mr. Mullins's transfer to
9  850 Bryant.  *See id.* ¶ 6.  In response, Deputy McGowen left a voicemail message for
10 undersigned counsel in which she explained that the reason that Mr. Mullins has not been moved
11 is that the Marshals Service has received many requests from inmates asking to be moved, and
12 there are "other security priorities ahead of that."  *See id.* ¶ 7.  Deputy McGowen did not indicate
13 that security concerns or other considerations preclude Mr. Mullins's transfer.  *See id.*
14      Mr. Mullins is sensitive to the many tasks and responsibilities of the Marshals Service.
15 However, several weeks have elapsed since he tendered his request.  Accordingly, he respectfully
16 requests that the Court enter the attached proposed order directing the Marshals Service
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26

CR-06-0149 JSW; DEF.'S MOTION RE:
PRETRIAL DETENTION            2

1  to transfer Mr. Mullins to the San Francisco County Jail at 850 Bryant Street as expeditiously as
2  possible.
3     The government does not oppose Mr. Mullins's request.
4  Dated: June 30, 2006

                                Respectfully submitted,

                                BARRY J. PORTMAN
                                Federal Public Defender

                                /S/

                                JOSH COHEN
                                Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, the United States Marshals Service is hereby directed to transfer the defendant to the San Francisco County Jail at 850 Bryant Street as expeditiously as possible, or else show cause in writing why such transfer cannot be accommodated.

IT IS SO ORDERED.

Dated: June 30, 2006

                                _____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE